IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | 4:17-CR-3035 |
| vs. | ORDER |
| JAVIER REYNA, | |
| Defendant. | |

IT IS ORDERED that for the reasons stated in the Court's previous order (filing 76), the defendant's motion to reduce sentence (filing 77) is denied.

Dated this 18th day of July, 2022.

BY THE COURT:

John M. Gerrard
United States District Judge